## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN DODD,

      Plaintiff,

v.                                    Case No: 8:22-cv-305-CEH-AAS

MARY ANNE FORD,

      Defendant.

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on April 25, 2022 (Doc. 13).  In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) be denied and his amended complaint (Doc. 12) be dismissed.  Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 13) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is

DENIED.

(3)   Plaintiff's amended complaint (Doc. 12) is DISMISSED.

(4)   The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on May 16, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record